county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE J. FATICO, Appellant.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES M. HOYT and Others, Copartners Doing Business under the Firm Name and Style of PRINCE & WHITELY, Respondents.— Order affirmed, without costs. We affirm this order in the exercise of discretion, being of opinion that upon the facts an injunction *pendente lite*, as sought, would not be a proper disposition. We reserve opinion of the applicability of the Martin Act█ to this case until we have for consideration a judgment based upon findings of fact and conclusions of law. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROCCO J. SCIVONE and Another, Appellants.— Judgment of conviction of the County Court of Nassau county unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

LOUIS D. ROSSIRE, as Administrator of CHARLES C. ROSSIRE, Deceased, Respondent, v. EMMA L. FARRINGTON, Appellant.— Order of the City Court of Yonkers denying defendant's motion to vacate judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

ANTHONY E. SHEPARD, Individually, and/or on Behalf of Himself and All Other Creditors of the Estate of ABRAHAM BRODSKY, Deceased, Similarly Situated, Respondent, v. PAULINE BRODSKY, Individually and/or as Executrix or Administratrix, etc., of ABRAHAM BRODSKY, Deceased, Appellant. ANTHONY E. SHEPARD, Respondent, v. PAULINE BRODSKY, Individually, and/or as Executrix or Administratrix, etc., of ABRAHAM BRODSKY, Deceased, Appellant.— Orders denying motions to dismiss amended complaints for insufficiency affirmed, with ten dollars costs and disbursements, with leave to defendant to answer within ten days from service of a copy of the order herein. Upon the trial it may develop that the rights of the parties can only be reached through an accounting. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

LEAH SOLOMON, Respondent, v. MORRIS H. SOLOMON, Appellant.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

MARGARET TEEN, Appellant, v. KALEEL A. TEEN, Respondent.— Order modifying judgment by reducing alimony reversed upon the law and the facts, without costs, and the matter remitted to an official referee to take proof as to the financial status of defendant and submit opinion to Special Term as to whether or not there should be a reduction in alimony. Lazansky, P. J., Kapper, Scudder, Tompkins and Davis, JJ., concur.

THE TRAVELERS INDEMNITY COMPANY, Appellant, v. KATHERINE MALONEY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.